IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

LARRY DENCIL FERREBEE,

        Plaintiff,

v.                                       CIVIL ACTION NO. 2:05-00643

THE STATE OF WEST VIRGINIA, et al.,

        Defendants.

## ORDER

This action was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss Plaintiff's Complaint [docket no. 2], deny Plaintiff's application to proceed *in forma pauperis* [docket no. 1], and deny Plaintiff's motions for retraining orders [docket nos. 5 and 8]. The movant has filed an objection to the Magistrate Judge's findings and recommendation. The entirety of this objection reads:

> I Larry D. Ferrebee self-attorney, at this date Dec. 8, 2005, object to the finding of my case 2:05-cv-00643 by your magistrates court. I will seek investigations and resolve through the U.S. Supreme Court, Washington, D.C. John Roberts Chief Justice. Thank you.

As Plaintiff has made only a general and conclusory objection and has failed to identify any specific error he believes the Magistrate Judge has made, the Court need not conduct a de novo review of the Proposed Findings and Recommendation. *See Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982); Fed. R. Civ. P. 72(b). Nevertheless, the Court has reviewed the Proposed

Findings and Recommendation and agrees with the Magistrate Judge's decisions. Therefore, the Court **ADOPTS** the Magistrates Judge's Findings and Recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Stanley, counsel of record, and any unrepresented parties.

ENTER:   December 22, 2005

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE